UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  
JOSE RIVAS JR & MELISSA RIVAS  
DEBTORS

CHAPTER 13 PROCEEDING:  
07-10265-B-13

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Apr 27, 2007.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

   CHASE MANHATTAN MORTGAGE  
   C/O LCS FININCIAL  
   6560 GREENWOOD PLAZA BLVD STE 350  
   ENGLEWOOD, CO  80111

5. As a result, funds owed to the creditor in the amount of $1,498.23 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, March 28, 2011

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                  CHAPTER 13 PROCEEDING:
JOSE RIVAS JR & MELISSA RIVAS                      07-10265-B-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Mar 28, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JOSE RIVAS JR AND MELISSA RIVAS
903 TISBURY PARKWAY
SAN ANTONIO, , TX  78251

ABELARDO LIMON JR
890 WEST PRICE ROAD
BROWNSVILLE, TX  78520

CHASE MANHATTAN MORTGAGE
C/O LCS FININCIAL
6560 GREENWOOD PLAZA BLVD STE 350
ENGLEWOOD, CO  80111